United States District Court
Southern District of Texas
ENTERED
September 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ERIC W. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:26-CV-00041 |
| | § | |
| HALLETTSVILLE POLICE DEPARTMENT, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation (M&R). (D.E. 14). The M&R recommends that the Court dismiss this action for want of prosecution. *Id.* at 2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly

[1] Plaintiff's mail was returned as undeliverable. Since then, the Court has waited an appropriate amount of time for an updated address. As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so. LOCAL RULE 83.4; *see also Martinez-Reyes v. United States*, No. 7:12-CR-1787-1, 2016 WL 8740494, at *4 (S.D. Tex. Oct. 10, 2016) (Ormsby, Mag. J.) (collecting cases), *adopted*, No. CR M-12-1787-1, 2017 WL 1409315 (S.D. Tex. Apr. 20, 2017) (Crane, C.J.).

erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 14). Accordingly, the Court **DISMISSES without prejudice** Plaintiff's complaint for want of prosecution.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Berkeley, California
September 3, 2026